1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## (WESTERN DIVISION)

| | |
|---|---|
| RONALD C. BETTEN and ESTHER LAFA, individually and on behalf of a class of similarly situated individuals,<br><br>                Plaintiffs,<br><br>   v.<br><br>DIAMOND WIRELESS, LLC,<br><br>                Defendants. | Case No:  2:13-CV-2885 CBM (FFMx)<br><br><u>CLASS ACTION</u><br><br>**ORDER IN ACCORDANCE WITH STIPULATION TO MODIFY SCHEDULING ORDER (L.R. 52-4.1) [19]**<br><br>Date Filed:   September 12, 2013<br><br>District Judge: The Hon. Consuelo B. Marshall<br>Magist. Judge: The Hon. Frederick F. Mumm<br><br>Complaint Filed:   April 24, 2013 |

---

ORDER IN ACCORDANCE WITH
STIPULATION TO MODIFY

CASE NO. 2:13-CV-2885 CBM (FFMx)

Pursuant to the NOTICE OF SETTLEMENT AND STIPULATION of Plaintiffs RONALD C. BETTEN and ESTHER LAFA and Defendant DIAMOND WIRELESS, LLC (Docket # 19), and FOR GOOD CAUSE SHOWN, the Court orders as follows:

1. The Court withdraws its Scheduling Order issued on September 21, 2103 (Docket # 18) and issues a new Scheduling Order as follows:

   - Initial Disclosures due by August 13, 2013;
   - Preliminary Approval motion shall be set for oral argument on: October 29, 2013 at 11:00 a.m.  As the motion will be unopposed, the moving papers shall be filed no later than October 8, 2013;
   - Motion to compel arbitration shall be set for oral argument on: November 26, 2013 at 10:00 a.m.;
   - Class Certification motion shall be set for oral argument on: January 6, 2014 at 10:00 a.m.;
   - Experts shall be disclosed on or before April 30, 2014;
   - Rebuttal experts shall be disclosed on or before May 30, 2014;
   - Non-expert discovery shall be completed on or before May 30, 2014;
   - Expert discovery shall be completed on or before June 30, 2014;
   - The Parties shall participate in a private mediation on or before July 15, 2014;
   - Dispositive motions shall be set for oral argument on or before October 7, 2014 at 10:00 a.m.;
   - Pre Trial Conference is set on November 18, 2014 at 2:30 p.m.; and

///

///

- Jury Trial is set on December 2, 2014 at 10:00 a.m.

IT IS SO ORDERED:

Dated: September 19, 2013

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE