**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| RONALD C. BETTEN and ESTHER LAFA, individually and on behalf of a class of similarly situation individuals,<br><br>Plaintiff,<br><br>v.<br><br>DIAMOND WIRELESS, LLC,<br><br>Defendants. | **Case No. CV13- 02885 CBM (FFMx)**<br><br>**ORDER IN ACCORDANCE WITH STIPULATION TO MODIFY SCHEDULING ORDER (L.R. 52-4.1)[21]**<br><br>**Date Filed: September 23, 2013**<br><br>**Judge: Hon. Consuelo B. Marshall** |

    Pursuant to the Stipulation of Plaintiffs Ronald C. Betten and Esther Lafa and Defendant Diamond Wireless, LLC, (Docket No. 21) and for good cause shown, the Court orders as follows:

    The Court modifies its "Order in Accordance with Stipulation to Modify Scheduling Order (L.R. 52-4.1)" (Docket No. 20) to require that motions to compel arbitration shall be set for hearing by no later than March 3, 2014 at 10:00 a.m. All other dates shall remain as set forth in the "Order in

Accordance with Stipulation to Modify Scheduling Order (L.R. 52-4.1)" (Docket No. 20). Accordingly, the scheduled dates are:

- Initial Disclosures due by August 13, 2013;
- Preliminary Approval motion shall be set for oral argument on: October 29, 2013 at 11:00 a.m. As the motion will be unopposed, the moving papers shall be filed no later than October 8, 2013;
- Class Certification motion shall be set for oral argument on: January 6, 2014 at 10:00 a.m.;
- Motion to compel arbitration shall be set for oral argument on: March 3, 2014 at 10:00 a.m.;
- Experts shall be disclosed on or before April 30, 2014;
- Rebuttal experts shall be disclosed on or before May 30, 2014;
- Non-expert discovery shall be completed on or before May 30, 2014;
- Expert discovery shall be completed on or before June 30, 2014;
- The Parties shall participate in a private mediation on or before July 15, 2014;
- Dispositive motions shall be set for oral argument on or before October 7, 2014 at 10:00 a.m.;
- Pre Trial Conference is set on November 18, 2014 at 2:30 p.m.;
- Jury Trial is set on December 2, 2014 at 10:00 a.m.

**IT IS SO ORDERED.**

Date:   September 26, 2013

By:   _____
         UNITED STATES DISTRICT JUDGE