UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV 13-2885-CBM(FFMx) | Date JUNE 12, 2014 |
| Title RONALD C. BETTEN, ET AL. v. DIAMOND WIRELESS, LLC | |

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Miranda Algorri |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Eric A. Grover | Michael E. Chase |

**Proceedings:** FINAL SETTLEMENT APPROVAL HEARING; Plaintiff's Motion for award of reasonable attorneys fees and costs, Class Representatives' enhancements and claims administrator's fees, fld 3/28/14 [29]; Plaintiff's Motion for final approval of class settlement, fld 5/13/14 [30]

The case is called and counsel state their appearance. The Court, Plaintiff and defense counsel confer. Final Settlement approval hearing is held.

Following discussions with the parties, the Court hereby GRANTS Plaintiff's Motion for award of reasonable attorneys fees and costs, Class Representatives' enhancements and claims administrator's fees [29], however, the amount of fees is hereby taken under submission. The Court GRANTS Plaintiff's Motion for final approval of class settlement [30]. One written order will issue as to both motions.

IT IS SO ORDERED.

cc: all parties

:50